■ In the Matter of LOUIS MISHELL. — Motion for a stay denied. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.